# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4201

_____

ARNOLD JAMES ODOM,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

December 12, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce Miller, Public Defender, and Charles E. Russell, Assistant Public Defender, Shalimar, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.